# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR287 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MICHAEL FOXWORTH, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of Shannon P. O'Connor and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Michael Foxworth (Foxworth), because of a conflict of interest (Filing No. 20). The motion to withdraw (Filing No. 20) is granted. Kristina B. Murphree, 1010 South 120th Street, #220, Omaha, NE 68154, (402) 827-7000, is appointed to represent Foxworth for the balance of these proceedings pursuant to the Criminal Justice Act. Mr. O'Connor shall forthwith provide Ms. Murphree with the discovery materials provided the defendant by the government and such other materials obtained by Mr. O'Connor which are material to Foxworth's defense.

The clerk shall provide a copy of this order to Ms. Murphree who shall forthwith enter her appearance in this matter.

**IT IS SO ORDERED.**

DATED this 28th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge