IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR287 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL A. FOXWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

RE: MATERIAL WITNESS: EDDIE B. LEWIS, JR.

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named material witness in support of a request for appointed counsel.  After a review of the Financial Affidavit, I find that the above-named material witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

William J. Bianco is appointed to represent the above named material witness in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and William J. Bianco.

DATED this 27th day of March, 2006.

BY THE COURT:


s/ Thomas D. Thalken
United States Magistrate Judge