```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,      )
                               )            8:05CR287
            Plaintiff,         )
                               )
                               )
     vs.                       )            ORDER
                               )
MICHAEL A. FOXWORTH,           )
                               )
            Defendant.         )

RE: MATERIAL WITNESS: EVERETTE L. O'NEAL

The court has been presented a Financial Affidavit (CJA Form 23) signed by the above-named material witness in support of a request for appointed counsel. After a review of the Financial Affidavit, I find that the above-named material witness is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED:**

Denise E. Frost is appointed to represent the above-named material witness in this matter.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender and Denise E. Frost.

DATED this 27th day of March, 2006.

                              BY THE COURT:


                              s/ Thomas D. Thalken
                              United States Magistrate Judge