**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR287** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **MICHAEL A. FOXWORTH,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Court's own motion.

IT IS ORDERED that the $50.00 received by the Court for jury costs be disbursed back to the Defendant's trust account administered through the U.S. Bureau of Prisons.

DATED this 17th day of March, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge