# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR287** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **MICHAEL A. FOXWORTH,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on Defendant Michael A. Foxworth's letter addressed to the Clerk of Court (Filing No. 115), which the Court will construe as a motion for copies. The Defendant requests copies of the following documents: Criminal Docket Sheet and Judgment and Commitment (including Statement of Reasons).

The Defendant was sentenced on April 23, 2012, for violating conditions of his supervised release and no appeal was made from the Judgment entered. The Defendant indicates that he is indigent and unable to pay for the costs associated with his request. The Defendant does not specify the reason why he needs these documents, nor does he demonstrating that he is entitled to receive such documents without payment. Nevertheless, the Court will provide the Defendant with the documents listed below. Accordingly,

IT IS ORDERED:

1. The Court will construe Defendant Michael A. Foxworth's letter addressed to the Clerk of Court (Filing No. 115) as a motion for copies; and

2. The Clerk will mail copies of this Order, the Defendant's Docket Sheet and Judgment to his last known address.

DATED this 12th day of August, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge